PROB 12C
(6/16)

Report Date: December 9, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Melisa Ann Joe | Case Number: 0980 1:17CR02059-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 11, 2018

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Misuse of SSI Benefits, 42 U.S.C § 1383a(a)(4) | |
| | Ct. 3: False Statement, 18.U.S.C § 1001 | |
| Original Sentence: | Prison - 16 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: March 25, 2019 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: March 24, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain form the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Joe is alleged to have consumed methamphetamine and heroin on or about November 15, 2019. |
| | Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which included special condition number 7, as noted above. |
| | On November 19, 2019, Ms. Joe reported as directed to the probation office. During the office visit, Ms. Joe admitted to consuming methamphetamine and heroin on November 15, 2019. She signed a drug use admission form admitting the consumption of an illegal controlled substance. |

Prob12C
Re: Joe, Melisa Ann
December 9, 2019
Page 2

2     **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Joe is alleged to have failed to report to the probation as directed on December 6, 2019.

Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which included standard condition number 2, as noted above.

On November 19, 2019, this officer directed Ms. Joe to report back to probation on November 27, 2019. Ms. Joe contacted this officer on November 27, 2019, and stated she needed to accompany her mother to Pasco, Washington, due to a family issue. This officer granted her permission and directed Ms. Joe to report to the probation office on December 2, 2019.

Ms. Joe failed to report or contact this officer as directed on December 2, 2019. On December 4, 2019, Ms. Joe's mother contacted this officer and stated Ms. Joe was ill. This officer granted Ms. Joe permission to report on December 6, 2019, due to her illness.

Once again, Ms. Joe failed to report or contact this officer as directed on December 6, 2019. On December 9, 2019, this officer made an attempt to contact Ms. Joe at her last reported telephone number but her telephone is no longer accepting calls. Ms. Joe she is not responding and efforts to locate her have been unsuccessful.

3     **Standard Condition #12**: If this judgment imposed restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material changes in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

**Supporting Evidence**: Ms. Joe is alleged to have not made any payments toward her imposed restitution, as outlined in her judgment, as of December 9, 2019.

Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which included standard condition number 12, as noted above. Additionally, Ms. Joe signed a fine/assessment/restitution agreement, agreeing to make a monthly payment of $25 beginning on May 1, 2019.

As of December 9, 2019, Ms. Joe has failed to make any payments toward her restitution or special penalty assessments. Ms. Joe has an outstanding balance of $11,836.

Prob12C
Re: Joe, Melisa Ann
December 9, 2019
Page 3

    4    **Special Condition #6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of the treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: Ms. Joe is alleged to have unexcused absences from outpatient treatment sessions at Merit Resources Services (Merit) on November 5, 18, and 26, 2019. It is also alleged that she missed a scheduled one on one treatment session on December 3, 2019.

    Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which included special condition number 6, as noted above.

    According to an incident report from Merit dated December 9, 2019. Ms. Joe had unexcused absences from outpatient treatment on November 5, 18, and 26, 2019. She also failed to report to a one on one treatment session on December 3, 2019, after she attended her outpatient treatment session.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 9, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/09/2019
Date