# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Melisa Ann Joe  Case Number: 0980 1:17CR02059-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: September 11, 2018

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Misuse of SSI Benefits, 42 U.S.C. § 1383a(a)(4) <br> Ct. 3: False Statement, 18.U.S.C. § 1001 | |
| Original Sentence: | Prison - 16 months; <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan McCalla | Date Supervision Commenced: March 25, 2019 |
| Defense Attorney: | Federal Public Defenders | Date Supervision Expires: March 24, 2022 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 9, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Joe is alleged to have consumed methamphetamine on or about December 13, 2019.

Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which included special condition number 7, as noted above.

On December 18, 2019, this officer spoke with Ms. Joe in the U.S. Marshall holding cell at the William O. Douglas Courthouse in Yakima, Washington. Ms. Joe admitted to consuming methamphetamine on or about December 13, 2019.

Prob12C
Re: Joe, Melisa Ann
December 18, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on December 9, 2019. Ms. Joe is scheduled to appear for an initial appearance on supervised release violations on December 18, 2019, in Yakima, Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 18, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

12/18/2019
Date