# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: March 11, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

Name of Offender: Melisa Ann Joe                           Case Number: 0980 1:17CR02059-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: September 11, 2018

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Misuse of SSI Benefits, 42 U.S.C. § 1383a(a)(4) <br> Ct. 3: False Statement, 18.U.S.C. § 1001 | |
| Original Sentence: | Prison - 16 months <br> TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Meghan M. McCalla | Date Supervision Commenced: March 25, 2019 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 24, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/09/2019 and 12/18/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. <br><br> **Supporting Evidence**: Melisa Joe violated the terms of her supervised release by failing to report on or about March 4 and 6, 2020. <br><br> On March 25, 2019, supervision commenced in this matter. That same day, a supervision intake was completed with Ms. Joe. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including standard condition number 2, as noted above. <br><br> On March 4, 2020, Ms. Joe was contacted by phone in response to her failure to attend treatment on March 2, 2020. She was directed to report to the U.S. Probation Office in Yakima, Washington, to submit to urinalysis testing on March 4, 2020. She failed to appear on March 4, 2020, as directed. |

On March 5, 2020, Ms. Joe reported to the U.S. Probation Office in Yakima. Due to concerns that Ms. Joe was possibly using a device or other methods to conceal drug use, she was directed to report the next morning, March 6, 2020, to submit to urinalysis testing.

On March 6, 2020, Ms. Joe failed to report. She has not made contact with the undersigned since that date. Her whereabouts are currently unknown.

7     **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Melisa Joe violated the terms of her supervised release by failing to report for urinalysis testing on or about March 4, and 6, 2020.

On March 25, 2019, supervision commenced in this matter. That same day, a supervision intake was completed with Ms. Joe. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 7, as noted above.

On March 4, 2020, Ms. Joe was contacted by phone in response to her failure to attend treatment on March 2, 2020. She was directed to report to the U.S. Probation Office in Yakima, to submit to urinalysis testing on March 4, 2020. She failed to appear on March 4, 2020, as directed.

On March 5, 2020, Ms. Joe reported to the U.S. Probation Office in Yakima. Due to concerns that Ms. Joe was possibly using a device or other methods to conceal drug use, she was directed to report the next morning, March 6, 2020, to submit to urinalysis testing.

On March 6, 2020, Ms. Joe failed to report, thereby failing to submit to urinalysis testing.

8     **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Melisa Joe violated the terms of her supervised release by failing to attend substance abuse treatment at Pioneer Human Services on or about February 27, 2020, March 2, 3, 5, and 9, 2020.

On March 25, 2019, supervision commenced in this matter. That same day, a supervision intake was completed with Ms. Joe. She signed a copy of her judgment indicating acknowledgment and understanding of the conditions imposed by the Court, including special condition number 6, as noted above.

On February 27, 2020, Ms. Joe attended a treatment intake appointment. She was expected to begin outpatient group sessions that same evening.

On February 28, 2020, the undersigned officer spoke with Ms. Joe about failing to appear for treatment the evening of February 27, 2020. She indicated that she was under the impression that she was not scheduled to begin treatment until March 2, 2020. She then inquired into visiting her mother in the Yakima area that weekend, due to the recent passing of her mother's husband. It was made clear that the expectation would be for her to return in time to attend treatment on March 2, 2020. Ms. Joe agreed and indicated she intended on returning in plenty of time to attend treatment.

On March 2, 2020, Ms. Joe failed to attend treatment. Ms. Joe made no effort to contact the undersigned officer on that date. On March 4, 2020, she was contacted by phone and reported she was still in Yakima.. She has since absconded and has not attended treatment since.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 11, 2020

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

03/11/2020
Date