PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Joe, Melisa Ann       Docket No.    0980 1:17CR02059-SMJ-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Phil Casey, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Melisa Ann Joe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the Court at Yakima, Washington on the 25th day of March, 2020 under the following conditions:

**Special Condition #1:** Defendant shall reside at all times in the clean and sober housing authorized by the United States Probation/Pretrial Services Office.  Defendant is responsible for the cost of the clean and sober housing

**Special Condition #2:** Defendant shall participate in a program of GPS confinement.  Defendant shall wear at all times, a GPS device under the supervision of U.S. Probation.  Defendant shall be restricted at all times, to her approved residence except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the pretrial office or supervising officer, including but not limited to employment, religious services, medical necessities.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Ms. Joe is alleged to have violated special condition number 1 of her release on April 4, 2019, by leaving the Prasch Oxford House without permission of the United Stated Probation Office.

**Violation #2**: Ms. Joe is alleged to have violated special condition number 2 of her release on April 4, 2019, by violating her home confinement program and leaving the Prasch Oxford House without permission of the United Stated Probation Office.

On March 25, 2020, the Honorable Magistrate Judge Dimke imposed the above special condition of release for Ms. Joe until her supervised release revocation hearing on April 21, 2020.

On March 26, 2020, Ms. Joe was enrolled in the home confinement GPS program at the Prasch Oxford House located at 209 North 28th Avenue, Yakima, Washington.

On April 4, 2020, Ms. Joe left her approved residence with out permission at 7:33 a.m. The house manger at the Oxford House stated the offender left the residence on foot and the house manger did not know where Ms. Joe was going. After Ms. Joe left the residence she made no effort to contact probation to explain her situation and her current whereabouts

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 4, 2020

by  s/Phil Casey

Phil Casey
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

m.k.Dimke

Signature of Judicial Officer

4/4/2020

Date