PROB 12C
(6/16)

Report Date: April 7, 2020

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2020

SEAN F. McAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Melisa Ann Joe          Case Number: 0980 1:17CR02059-SMJ-1

Address of Offender:          , Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: September 11, 2018

Original Offense:   Ct. 1: Misuse of SSI Benefits, 42 U.S.C. § 1383a(a)(4)
                    Ct. 3: False Statement, 18.U.S.C. § 1001

Original Sentence:   Prison - 16 months;          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Michael Murphy          Date Supervision Commenced: March 25, 2019

Defense Attorney:      Jennifer Barnes         Date Supervision Expires: March 24, 2022

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 9, 18, 2019; and March 11, 2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Joe is alleged to have consumed heroin on or about April 3, 2020.

Ms. Joe's conditions of supervised release were reviewed with her on March 25, 2019. She signed her judgment and acknowledged an understanding of her conditions which include special condition number 7, as noted above.

On April 4, 2020, Ms. Joe called this officer and admitted to consuming heroin on April 3, 2020. Due to her use of controlled substances, the offender was asked to leave the clean and sober house she was a living at.

Prob12C
**Re: Joe, Melisa Ann**
**April 7, 2020**
**Page 2**

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceeding with the violations previously reported to the Court on December 9, 18, 2019; and March 11, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 7, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS
[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

04/07/2020
Date